IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARGARET C. REFROE, | : | |
|     Plaintiff, | : | |
| | : | |
| | : | |
| vs. | : | CIVIL ACTION 14-314-CG-M |
| | : | |
| NATIONSTAR MORTGAGE, LLC, | : | |
|     Defendant. | : | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendant Nationstar Mortgage, LLC's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) be GRANTED and Plaintiff Margaret Renfroe's Amended Complaint be DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

**DONE** and **ORDERED** this 10th day of February, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE