IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARGARET C. REFROE,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| | : | |
| **vs.** | : | CIVIL ACTION 14-314-CG-M |
| | : | |
| **NATIONSTAR MORTGAGE,** | : | |
| **LLC,** | : | |
|     **Defendant.** | : | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that Defendant Nationstar Mortgage LLC's Motion to Dismiss is Granted and the Amended Complaint is **DISMISSED** without prejudice for failure to state a claim upon which relief maybe granted.

    **DONE** and **ORDERED** this 10th day of February, 2015.

                                        /s/  Callie V. S. Granade
                                        UNITED STATES DISTRICT JUDGE